nied. *Mr. Ralph B. Lacey* for petitioners. *Mr. Clair W. Fairbank* for respondent.

No. 531. PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES, EXECUTOR, ET AL. *v.* KAUFFMAN, EXECUTOR, ET AL. December 21, 1942. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Orville C. Sanborn, Leslie J. Tompkins, George E. Reynolds,* and *Richard S. Holmes* for petitioners. *Mr. C. Horace Tuttle* for respondents.

No. 533. DISTRICT UNEMPLOYMENT COMPENSATION BOARD *v.* INTERNATIONAL REFORM FEDERATION. December 21, 1942. Petition for writ of certiorari to the U. S. Court of Appeals for the District of Columbia denied. *Messrs. Richmond B. Keech* and *Vernon E. West* for petitioner. *Mr. Robert H. McNeill* for respondent.

No. 75. NORTH CHICAGO ET AL. *v.* THE MACCABEES ET AL. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Lionel A. Mincer* and *Frank T. O'Brien* for petitioners. *Messrs. Edward J. Jeffries, Jr.* and *David A. Hersh* for respondents.

No. 526. RUTLAND RAILROAD COMPANY'S RECEIVER *v.* LAWRENCE. January 4, 1943. Petition for writ of certiorari to the Supreme Court of Vermont denied. *Mr. Edwin W. Lawrence* for petitioner.